ACCEPTED
04-15-00031-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/1/2015 2:29:01 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00031-CR

| | | |
|---|---|---|
| **RICHARD ALLEN CLARK** | § | **IN THE FOURTH COURT** |
| | § | |
| **vs.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/1/2015 2:29:01 PM
KEITH E. HOTTLE
Clerk

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes M. Patrick Maguire, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.    Movant is attorney of record for Richard Allen Clark, and was appointed by the Court to represent Defendant on appeal.

2.    Good cause to withdraw exists as specified below:

a.    Undersigned counsel has reviewed the record in this cause and no meritorious issues were found that could be urged on appeal.

3.    This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice.

4.    The last known address of Richard Allen Clark, Inmate #1974172,   is as follows:   TDCJ – ID, Garza East Unit, 4304 Highway 202, Beeville, Texas 78102.

5.    A copy of this motion has been delivered to Richard Allen Clark, who was thereby notified in writing of his right to object to this motion.   Undersigned counsel hereby certifies that he has forwarded copies of the clerk's record and reporter's record to Appellant.

6.    There are not any pending settings or deadlines in this case because an "Anders" Brief was filed.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading.

Respectfully submitted,


M. Patrick Maguire, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594



By: /s/ M. Patrick Maguire
    M. Patrick Maguire
    State Bar No. 24002515
    Attorney for Richard Allen Clark

**NOTICE TO CLIENT**

This is to notify you that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated herein.   You do not have to agree to this motion and if you contest the withdrawal of M. Patrick Maguire as attorney in this cause, you should appear at the hearing.   If you do not oppose M. Patrick Maguire's withdrawal as attorney of record in this case, you may appear in court and inform the judge that you agree with this Motion.

BY: /s/ M. Patrick Maguire
M. Patrick Maguire
State Bar Number: 24002515

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on May 1, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kerr County, 200 Earl Garrett, Suite 202, Kerrville, Texas 78028, by hand delivery.

/s/ M. Patrick Maguire
M. Patrick Maguire